UNITED STATE BANKRUPTCY COURT      :
DISTRICT OF NEW JERSEY      :

     :      **Order Filed on December 28, 2016**
     :      **by Clerk**
     :      **U.S. Bankruptcy Court**
     :      **District of New Jersey**

     :  CHAPTER 13

In Re:      :

LINDA BAUMANN      :  CASE NO. 11-30332
     :  ADV NO.

     Debtors      :  HEARING DATE
     :
     :  JUDGE Kathryn C. Ferguson


ORDER EXEMPTING DEBTOR FROM PARTICIPATION IN
FINANCIAL MANAGEMENT COURSE REQUIRED UNDER
11 U.S.C. SECTIONS 727(a)(11) or 1328(g)1)


The relief set forth on the following page is hereby ORDERED.


**DATED: December 28, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:                Linda Baumann
Case No.               11-30332
Caption of Order:      Order Exempting Debtor from Participation in Financial
                       Management Course Required under 11 U.S.C. Sections
                       727(a)(11) or 1328(g)1)


    At Trenton in the said District

        This matter being opened to the Court by the Law Office of Peter E. Zimnis,
attorney for the debtor(s), Linda Baumann, Peter Zimnis, Esq. appearing and the Court
having considered the pleadings and proofs submitted, and argument of counsel if any;

        It further appearing that proper service has been completed on all those creditors
against whom this motion is directed, and

        It further appearing that upon the return date of said motion, this Court has
considered the documentation heretofore filed for and on behalf of the debtors and for
and on behalf of other parties in interest and also has considered the arguments of counsel
appearing in open court, and

        Good and sufficient cause appearing of the entry of this Order,

        ORDERED AND ADJUDGED as follows, to wit:

    1.  Linda Baumann is exempt from having to participate in the Financial
        Management Course that is required under Sections 11 U.S.C. 727(a)(11) or
        1328(g) and from the filing of the certification in support of discharge

    2.  A discharge shall be issued to debtor Linda Baumann in the above case.