```
_____
                                    :
UNITED STATE BANKRUPTCY COURT       :
DISTRICT OF NEW JERSEY              :
                                    :         Order Filed on December 28, 2016
                                    :                       by Clerk
                                    :                U.S. Bankruptcy Court
                                    :                District of New Jersey
                                    :
                                    :
                                    :
                                    :
_____ :         CHAPTER 13
                                    :
In Re:                              :
LINDA BAUMANN                       :         CASE NO. 11-30332
                                    :         ADV NO.
                                    :
      Debtors                       :         HEARING DATE
                                    :
_____ :         JUDGE Kathryn C. Ferguson
```

ORDER EXEMPTING DEBTOR FROM PARTICIPATION IN
FINANCIAL MANAGEMENT COURSE REQUIRED UNDER
11 U.S.C. SECTIONS 727(a)(11) or 1328(g)1)

The relief set forth on the following page is hereby ORDERED.

**DATED: December 28, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Linda Baumann
Case No. 11-30332
Caption of Order: Order Exempting Debtor from Participation in Financial Management Course Required under 11 U.S.C. Sections 727(a)(11) or 1328(g)1)

At Trenton in the said District

This matter being opened to the Court by the Law Office of Peter E. Zimnis, attorney for the debtor(s), Linda Baumann, Peter Zimnis, Esq. appearing and the Court having considered the pleadings and proofs submitted, and argument of counsel if any;

It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the debtors and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

Good and sufficient cause appearing of the entry of this Order,

ORDERED AND ADJUDGED as follows, to wit:

1. Linda Baumann is exempt from having to participate in the Financial Management Course that is required under Sections 11 U.S.C. 727(a)(11) or 1328(g) and from the filing of the certification in support of discharge

2. A discharge shall be issued to debtor Linda Baumann in the above case.

United States Bankruptcy Court
District of New Jersey

In re:  
Linda J Baumann  
      Debtor

Case No. 11-30332-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 29, 2016  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2016.  
db          #+Linda J Baumann,    52 Twin Rivers Drive N,    East Windsor, NJ 08520-5533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2016 at the address(es) listed below:  
           Albert    Russo    docs@russotrustee.com  
           Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Brian C. Nicholas    on behalf of Defendant    BANK OF AMERICA bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
           Deborah T. Feldstein    on behalf of Creditor    LT Asset Recovery LLC dfeldstein@caplaw.net  
           Deborah T. Feldstein    on behalf of Defendant    LT Asset Recovery LLC dfeldstein@caplaw.net  
           Deborah T. Feldstein    on behalf of Defendant    LT Asset Recovery, LLC dfeldstein@caplaw.net  
           Joel A. Ackerman    on behalf of Creditor    Bank of America, N.A. jackerman@zuckergoldberg.com  
           John    Zimnis    on behalf of Defendant Linda J Baumann njbankruptcylaw@aol.com  
           John    Zimnis    on behalf of Debtor Linda J Baumann njbankruptcylaw@aol.com  
           Peter P. Bisulca    on behalf of Creditor    Bank of America, N.A. ktlbslaw@aol.com  
           W. Peter Ragan    on behalf of Plaintiff    Velocity Investments LLC wpr@raganlaw.com, susan@raganlaw.com  
           W. Peter Ragan    on behalf of Creditor    Velocity Investments LLC wpr@raganlaw.com, susan@raganlaw.com  
                                                                                                                                       TOTAL: 13